UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ARTHUR NICHOLAS, III  CIVIL ACTION

VERSUS

DARREL VANNOY, ET AL.  NO. 21-00109-BAJ-EWD

RULING AND ORDER

Before the Court is Petitioner Arthur Nicholas, III's **Petition Under 28 U.S.C. § 2254 For Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)**. The Petition is opposed. (Docs. 13, 14).

The Magistrate Judge has issued a **Report and Recommendation (Doc. 20, the "Report")**, recommending that the Petition be denied as untimely. Petitioner objects to the Report, and contends that the sentencing state court was without jurisdiction because he was prosecuted without a grand jury indictment. (Doc. 21). Petitioner does not respond to the Magistrate Judge's conclusions regarding the timeliness of his Petition. (*Id.*).

Finding that the Magistrate Judge correctly determined that the Petition was untimely filed and that no tolling exemptions apply, and upon de novo review of the Petition, the State's opposition, the state court record, Petitioner's objection, the Report, and all other related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's **Petition Under 28 U.S.C. § 2254 For**

**Writ Of Habeas Corpus By A Person In State Custody (Doc. 1)** be and is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in the event Petitioner pursues an appeal in this case, a certificate of appealability be and is hereby **DENIED** because reasonable jurists would not debate the denial of Petitioner's Petition.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 12th day of February, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**